*April 11, 1939.*

FRONCZEK, Respondent, vs. SINK and another, Appellants.

For the appellants: *Hale & Skemp* of La Crosse.
For the respondent: *George H. Gordon, Law & Brody* of La Crosse.

*By the Court.*—Order affirmed.

MILWAUKEE DENTAL CLINIC, Appellant, vs. FINN and another, Respondents.

For the appellant: *Van R. Coppernoll* of Richland Center.
For the respondents: *Stephens, Sletteland & Cannon* and *A. E. Kilmer,* all of Madison.

*By the Court.*—Order affirmed.

BEIERLE, INC., Appellant, vs. BERG, Respondent.

For the appellant: *Howard G. Brown* of Milwaukee.
For the respondent: *Lockney, Lowry & Hunter* of Waukesha.

*By the Court.*—Judgment affirmed.